UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2022 JUN -9 P 12: 43
CLERK Casbell
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess with |
| CONWAY JAMES RHINEHART | ) | Intent to Distribute and to |
| | ) | Distribute Controlled Substances |
| | ) | (α-PHP, eutylone, and N- |
| | ) | Ethylheptedrone) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| | ) | Distribute Controlled |
| | ) | Substances (α-PHP, eutylone, |
| | ) | and N-Ethylheptedrone) |

THE GRAND JURY CHARGES THAT:

CR122-0055

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute and
to Distribute Controlled Substances (α-PHP, eutylone, and N-Ethylheptedrone)*
21 U.S.C. § 846

Beginning on a date at least as early as September 1, 2020, up to and including the return date of this indictment, the precise dates being unknown, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendant,

**CONWAY JAMES RHINEHART**

aided and abetted by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of α-PHP a mixture or substance containing a detectable amount of eutylone, and a

mixture or substance containing a detectable amount of N-Ethylheptedrone, all Schedule I controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
*Possession with Intent to Distribute Controlled Substances*
*(α-PHP, eutylone, and N-Ethylheptedrone)*
21 U.S.C. § 841(a)(1)

On or about July 21, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**CONWAY JAMES RHINEHART,**

aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of α-PHP, a mixture or substance containing a detectable amount of eutylone, and a mixture or substance containing a detectable amount of N-Ethylheptedrone, all Schedule I controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, the defendant,

## CONWAY JAMES RHINEHART

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes but is not limited to:

a. Venmo/PayPal Card Holder
#5143-7724-0632-2280, VL: $1,833.50

b. Wells Fargo Bank, N.A.
Acct. #1010300971970, VL: $18,585.93

c. Wells Fargo Bank, N.A.
Acct. #9352683693, VL: $26,467.50

d. Wells Fargo Bank, N.A.
Acct. #1927582039, VL: $40.00

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third person;

  c.  has been placed beyond the jurisdiction of this Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

*Signatures on following page.*

A True Bill.

_____
Fo[redacted]

_____
David Estes
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Jeremiah L. Johnson
Assistant United States Attorney
Lead Counsel